IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

HAMID B. MOHAMMED,

    Petitioner,

v.

    CIVIL ACTION NO. CV205-070

HOMELAND SECURITY SERVICES;
ATTORNEY GENERAL; DISTRICT
DIRECTOR OF HOMELAND
SECURITY SERVICES; WARDEN,
FCI, Jesup, and STATE OF FLORIDA,

    Respondents.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The petition for writ of *habeas corpus*, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk is hereby authorized and directed to transfer this matter to the Eleventh Circuit Court of Appeals for further disposition.

**SO ORDERED**, this 1st day of December, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)